# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                      Case No. 06-CR-282

**KAREEM D. WILEY, et. al.,**

      **Defendants.**

# ORDER

On December 5, 2006, the grand jury returned a superseding indictment charging Kareem D. Wiley ("Wiley") with conspiracy to distribute more than five kilograms of cocaine and more than fifty grams of crack cocaine, in violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, possessing a firearm after having been previously convicted of a felony in violation to Title 18, United States Code, Section 922(g)(1), maintaining a place for the purpose of manufacturing and distributing cocaine in violation to Title 21, United States Code, Section 856(a)(1), and possessing a firearm in furtherance of a drug trafficking crime in violation of Title 18, United States Code, Section 924(c).

On December 29, 2006 Wiley filed motions to suppress the fruits of a search and to suppress statements. In these motions, Wiley requested an evidentiary hearing. Having reviewed the defendant's motions, the court agrees that an evidentiary hearing is necessary to resolve the defendant's motions.

**IT IS THEREFORE ORDERED** that the defendant's motions for an evidentiary hearing is granted. The court shall conduct an evidentiary hearing on **January 24, 2007** at **1:30 p.m.** in

Courtroom 254 in the Federal Courthouse, located at 517 E. Wisconsin Ave, Milwaukee, WI. The court has scheduled three hours of court time to conduct this evidentiary hearing. If either party believes additional time is necessary, the party shall promptly notify the court upon receipt of this order.

Dated at Milwaukee, Wisconsin this <u>4th</u> day of January, 2007.

s/AARON E. GOODSTEIN
U.S. Magistrate Judge